# Third District Court of Appeal

## State of Florida

Opinion filed November 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0546
Lower Tribunal No. F16-16155
_____

**Derrick Barrett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Derrick Barrett, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Card v. Dugger, 512 So. 2d 829, 830 (Fla. 1987) ("Where an initial motion for post-conviction relief raises the claim of ineffective assistance of counsel, the trial court may summarily deny a successive motion which raises additional grounds for ineffective assistance of counsel.") (citing Christopher v. State, 489 So. 2d 22, 24 (Fla. 1986)); Mathis v. State, 419 So. 2d 774, 775 (Fla. 1st DCA 1982) ("Mathis raised the issue of ineffective assistance of counsel in a previous 3.850 motion which he failed to timely appeal, resulting in its dismissal.  He is, therefore, precluded from raising this issue again."); see also Arbelaez v. State, 775 So. 2d 909, 915 (Fla. 2000) (holding that a criminal defendant "may not relitigate procedurally barred claims by couching them in terms of ineffective assistance of counsel") (citing Valle v. State, 705 So. 2d 1331, 1336 n.6 (Fla. 1997)).